# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN THE MATTER OF:     )    No. B-09-82226 C-13D

Pamela S. Mandeville    )

             )

             )

   Debtor(s)     )


## ORDER DENYING DEBTOR'S MOTION TO INCUR DEBT

   On May 6, 2010, a hearing was held on Motion by the Debtor to incur indebtedness. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq., attorney for the Standing Trustee, appeared. The Court, after considering the Motion and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Motion should be denied in accordance with the terms of this Order; therefore, it is

   ORDERED that the Debtor's Motion to incur indebtedness is denied without prejudice.

Pamela S. Mandeville
4411 Nightfall Ct.
Durham, NC  27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702