C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Pamela S. Mandeville | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-09-82226 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

State Employees' Credit Union filed Trustee's Claim No. 3 which was allowed as a secured long-term continuing debt. The Trustee has been informed by State Employees' Credit Union that after an escrow analysis, the monthly payment has changed to $1,072.00 effective May, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to State Employees' Credit Union of $1,072.00 effective May, 2011.

Date: April 7, 2011                      s/Richard M. Hutson, II
   ej                                           Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before May 7, 2011, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on May 12, 2011, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: April 7, 2011                      OFFICE OF THE CLERK
                                                          U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-82226 C-13D**

Pamela S. Mandeville
4411 Nightfall Ct.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

State Employees' Credit Union
PO Drawer 25279
Raleigh, NC 27609